# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMEAKA ELLIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PATRICK EATON,<br><br>　　　　Respondent. | Case No.: 1:20-cv-00691-KES-HBK (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>(Docs. 1, 28) |

　　　　Petitioner Demeaka Ellis, a former state prisoner, initiated this action on April 30, 2020, by filing a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 19, 2024, the assigned magistrate judge issued findings and recommendations recommending that the petition be dismissed as moot because petitioner is no longer in custody. Doc. 28. Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). Petitioner has not filed

1

1  objections, and the deadline to do so has expired.

2  In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case.  Having carefully reviewed the file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

6  A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is allowed only in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. § 2253.  If a court denies a habeas petition on the merits, the court may issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part." *Miller-El*, 537 U.S. at 338.

16  In the present case, reasonable jurists would not find the court's determination that petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Therefore, the court declines to issue a certificate of appealability.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Accordingly:

1. The findings and recommendations issued on April 19, 2024, Doc.28, are **ADOPTED** in full;
2. The petition for writ of habeas corpus, Doc. 1, is **DISMISSED as moot**;
3. The court declines to issue a certificate of appealability;
4. The Clerk of the Court is directed to terminate any pending deadlines and **CLOSE** the case.

IT IS SO ORDERED.

Dated:   July 10, 2024

UNITED STATES DISTRICT JUDGE

3